The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER A. DURRETTE,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCAN HEALTH SYSTEM,<br><br>    Defendant | Civil Action No.: 2:12-CV-01395-RSM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Roger A. Durrette and Defendant Franciscan Health System, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter with prejudice with Plaintiff ordered to pay Defendant's attorneys' fees in the amount of $46,000.00.

So Ordered this 25 day of February 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH
PREJUDICE - 1
(2:12-CV-01395-RSM)

46759526.2

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| 3 | LAW OFFICES OF JOSEPH P. DEVLIN |
| 4 | By: */s/ Joseph P. Devlin, II* |
| | Joseph P. Devlin, II (WSBA No. 39674) |
| 5 | 1019 Pacific Avenue, Ste. 1113 |
| | Tacoma, WA 98402 |
| 6 | Email: jdevlinlaw@yahoo.com |
| 7 | Attorney for Plaintiff |
| 8 | POLSINELLI PC |
| 9 | By: */s/ James C. Sullivan* |
| | James C. Sullivan* (Mo. Bar No. 38318) |
| 10 | Latrice N. McDowell* (Mo. Bar No. 65024) |
| | 900 W. 48th Place, Suite 900 |
| 11 | Kansas City, MO 64112-1895 |
| | Telephone: (816) 753-1000 |
| 12 | Fax: (816) 753-1536 |
| | Email: jsullivan@polsinelli.com |
| 13 | Email: lmcdowell@polsinelli.com |
| | *Admitted *Pro Hac Vice* |
| 14 | |
| 15 | BENNETT BIGELOW & LEEDOM P.S. |
| 16 | Michael Madden (WSBA No. 8747) |
| | Rhianna M. Fronapfel (WSBA No. 38636) |
| 17 | 601 Union Street, Suite 1500 |
| | Seattle, WA 98101 |
| 18 | Telephone: (206) 622-5511 |
| | Fax: (206) 622-8986 |
| 19 | Email: mmadden@bbllaw.com |
| 20 | Attorneys for Defendant |
| 21 | |
| 22 | Submitted: February 20, 2014 |
| 23 | |
| 24 | |
| 25 | STIPULATION OF DISMISSAL WITH PREJUDICE - 2 (2:12-CV-01395-RSM) |

46759526.2