THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE WESTERN

DISTRICT OF WASHINGTON

ROGER A. DURRETTE,

    Plaintiff,

vs.

FRANCISCAN HEALTH SYSTEM,

    Defendant

Case No.: 2:12-CV-01395-RSM

**CONSENT JUDGMENT**

Pursuant to the Settlement Agreement and Release between Plaintiff Roger A. Durrette and Defendant Franciscan Health System, and Fed.R.Civ.P. 54, the Court enters judgment for $46,000 against Plaintiff Roger A. Durrette for attorneys' and costs. Any remaining claims in this lawsuit are dismissed with prejudice.

So Ordered this 25 day of February, 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT ENTRY - 1
(Case # 12-CV-01395-RSM)

46759232.1

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Presented by: |
| 4 | |
| 5 | LAW OFFICES OF JOSEPH P. DEVLIN |
| 6 | By:   */s/ Joseph P. Devlin, II* |
| | Joseph P. Devlin, II (WSBA No. 39674) |
| 7 | 1019 Pacific Avenue, Ste. 1113 |
| | Tacoma, WA 98402 |
| 8 | Email: jdevlinlaw@yahoo.com |
| 9 | |
| 10 | POLSINELLI PC |
| 11 | By:   */s/ James C. Sullivan* |
| | James C. Sullivan* (Mo. Bar No. 38318) |
| 12 | Latrice N. McDowell* (Mo. Bar No. 65024) |
| | 900 W. 48th Place, Suite 900 |
| 13 | Kansas City, MO 64112-1895 |
| | Telephone: (816) 753-1000 |
| 14 | Fax: (816) 753-1536 |
| | Email: jsullivan@polsinelli.com |
| 15 | Email: lmcdowell@polsinelli.com |
| | *Admitted *Pro Hac Vice* |
| 16 | |
| 17 | BENNETT BIGELOW & LEEDOM P.S. |
| 18 | Michael Madden (WSBA No. 8747) |
| | Rhianna M. Fronapfel (WSBA No. 38636) |
| 19 | 601 Union Street, Suite 1500 |
| | Seattle, WA 98101 |
| 20 | Telephone: (206) 622-5511 |
| | Fax: (206) 622-8986 |
| 21 | Email: mmadden@bbllaw.com |
| 22 |  Attorneys for Defendant |
| 23 | |
| 24 | Dated: February 20, 2014 |

CONSENT JUDGMENT ENTRY - 2
(Case # 12-CV-01395-RSM)

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

46759232.1